# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

JUAN RAMON CABEZAS,

    Defendant.

_____/

CASE NO.   3:11-cr-0064-HDM-WGC

### ORDER TO CONTINUE SENTENCING

The Court being fully informed in the premises, having reviewed the Stipulation to Continue the Sentencing Hearing and hereby finds good cause has been shown to continue the Sentencing Hearing and the Speedy Trial Act provides for and allows such a continuance.

The additional time requested by said Stipulation is excludable in computing the time within which the Trial herein must commence under the provisions of the Speedy Trial Act pursuant to Title 18 United States code, Sections 3161(h)(7)(A) and (B)(I) and (iv), in that failure to grant this continuance would result in a miscarriage of justice by denying counsel for all parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED** that the Sentencing Hearing in this matter currently scheduled for **February 14, 2012, at 10:00 a.m.** is now scheduled for **March 6, 2012, at ~~10:00~~ 12:00 pm** in Reno Courtroom 4 before Judge Howard D. McKibben. |
| 2 | |
| 3 | |
| 4 | **IT IS HEREBY FURTHER ORDERED** that the objections to the Presentence Investigation Report is now due on **February 21, 2012**, and the response to the objections to the Presentence Investigation Report are now due on **February 28, 2012**. |
| 5 | |
| 6 | |
| 7 | IT IS SO ORDERED. |
| 8 | DATED this __2nd__ day of **February, 2012**. |

*(signature)* Howard D McKibben
**UNITED STATES DISTRICT COURT JUDGE**